**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Dennis BLAND, Respondent.**

Supreme Court of Pennsylvania.

July 24, 2013.

### *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of July 2013, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

> Did Superior Court err by suppressing a confession that respondent gave after receiving *Miranda v. Arizona*, 384 U.S. 436, 86 S.Ct. 1602, 16 L.Ed.2d 694 (1966), warnings because, six days prior to any police questioning, while in custo-

New Jersey who views with a laudable horror, so nefarious a practice." Wendell Phillips, THE CONSTITUTION. A PRO-SLAVERY COMPACT: OR SELECTIONS FROM THE MADISON PAPERS, ETC., 29 (2nd ed., 1845). Following a bloody Civil War, the clause was abrogated by the Four-

teenth Amendment. U.S. CONST. amend. XIV, § 2 ("Representatives shall be apportioned among the several States according to their respective numbers, counting the whole number of persons in each State, excluding Indians not taxed.").

dy in another jurisdiction, he had signed a form anticipatorily declining to be interviewed?